**Order entered May 28, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00024-CV**

**TAHL BENIT, Appellant**

**V.**

**PRIMALEND CAPITAL PARTNERS, LP, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16217**

**ORDER**

Before the Court is appellee's May 26, 2021 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **June 25, 2021**. We caution appellee that further extension requests will be disfavored.

/s/     CRAIG SMITH
            JUSTICE